UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OUTHOUSE PR, LLC,

                          Plaintiff,

     -against-                                  19 **CIVIL** 5979 (NRB)

## **JUDGMENT**

NORTHSTAR TRAVEL MEDIA, LLC,

                          Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 15, 2020, the defendant's motion to dismiss the Amended Complaint is granted, and judgment is entered for defendant; accordingly, the case is closed.

**Dated:**  New York, New York

       May 18, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                               Clerk of Court
                                         **BY:**
                                                                  _____
                                                               Deputy Clerk