LAW OFFICE OF DAVID H. FAUX, P.C.
David H. Faux
1180 Avenue of the Americas, 8th Floor
New York, NY 10036

Attorney for Plaintiff
Outhouse PR, LLC d/b/a Women You Should Know, Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUTHOUSE PR, LLC<br><br>　　　　　Plaintiff,<br><br>-v-<br><br>NORTHSTAR TRAVEL MEDIA, LLC<br><br>　　　　　Defendant | 1:19-CV-5979 (NRB)(BCM)<br><br>**ORDER VACATING JUDGMENT AND VOLUNTARILY DISMISSING ACTION** |

　　　Before the Court is a motion to voluntarily dismiss, with prejudice, the Complaint pursuant to Fed. R. Civ. P. §4l(a) and vacate the Judgment pursuant to Fed. R. Civ. P. §60(b). The action was commenced by the filing of the Summons and Complaint on June 26, 2019, copies of which were served on the Defendants. Prior to filing an Answer, Defendant filed a Motion to Dismiss. On May 18, 2020, the Court filed a Judgment granting the Motion.

　　　On July 6, 2020, Plaintiff sought appellate review. On August 27, 2020, the Second Circuit Court of Appeals ordered the parties to attend its Civil Appeals Mediation Program ("CAMP") pursuant to Second Circuit Local Rule 33.1. The CAMP mediation occurred on September 18, 2020, at which point the parties reached an agreement in principal, which was memorialized and executed in a Confidential Settlement Agreement dated September 28, 2020. Per the terms of a settlement agreement reached, Northstar does not oppose the vacatur motion.

**ORDERED, ADJUDGED, AND DECREED,** the Plaintiff's motion is granted; and it is further

**ORDERED, ADJUDGED, AND DECREED,** the Judgment entered on May 18, 2020 is vacated pursuant to Fed. R. Civ. P. §60(b); and it is further

**ORDERED, ADJUDGED, AND DECREED,** that the Complaint is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. §41.

**SO ORDERED:**

**U.S. District Judge Naomi Reice Buchwald**
**United States District Court for the**
**Southern District of New York**

Dated:    New York, NY
          October 28, 2020